700 A.2d 1260

COMMONWEALTH of Pennsylvania, Respondent,

v.

Sherry Lynn RYAN, Petitioner.

Supreme Court of Pennsylvania.

Sept. 19, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 19th day of September, 1997, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the issue of whether additional consent or authority was required to seize and read petitioner's diary and the proper application of *Commonwealth v. Parker*, 422 Pa.Super. 393, 619 A.2d 735 (1993).